UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>        Plaintiff,<br><br>v.<br><br>NATIONAL RETAIL PROPERTIES, INC., et al.,<br><br>        Defendants. | Case No. 21-cv-03094-SVK<br><br>**ORDER CONTINUING OSC HEARING RE SETTLEMENT**<br><br>Re: Dkt. No. 15 |

Plaintiff requests that the OSC hearing be continued. Dkt. 15. All previously-scheduled deadlines and appearances are vacated.

By **October 19, 2021**, the parties shall file a stipulation of dismissal. If a dismissal is not filed by the specified date, then the parties shall appear on **October 26, 2021 at 1:30 p.m.** and show cause, if any, why the case should not be dismissed. Additionally, the parties shall file a statement in response to this Order no later than **October 19, 2021**, describing with specificity (1) the parties' efforts to finalize settlement within the time provided, and (2) whether additional time is necessary, the reasons therefor, and the minimum amount of time required to finalize the settlement and file the dismissal.

If a dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and the parties need not file a statement in response to this Order.

**SO ORDERED.**

Dated: August 19, 2021

_Susan van Keulen_
SUSAN VAN KEULEN
United States Magistrate Judge